# IN THE UNITED STATES DISTRICTCOURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PACSEC3, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>FORESCOUT TECHNOLOGIES, INC.,<br><br>    Defendant. | CASE NO. 2:22-cv-00055-JRG-RSP<br>(Lead Case) |
| PACSEC3, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SPLUNK INC.,<br><br>    Defendant. | CASE NO. 2:22-cv-00056-JRG-RSP<br>(Member Case) |

**PLAINTIFF PACSEC3, LLC AND DEFENDANT SPLUNK INC.'S JOINT NOTICE OF MOOTNESS REGARDING SPLUNK'S MOTION TO DISMISS PACSEC3'S THIRD AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff PacSec3, LLC has confirmed that it will not assert claims 1-6 and 13-18 of U.S. Patent No. 7,523,497 (the "Asserted Patent") against Defendant Splunk Inc. at any time in view of the September 9, 2021 claim construction order in *PacSec3, LLC v. NETSCOUT Systems, Inc.*, No. 6:20-cv-00914-ADA, ECF No. 54 (W.D. Tex. Sept. 9, 2021) finding means-plus-function claims of the Asserted Patent indefinite, and Judge Albright's instruction on May 26, 2022 in *PacSec3, LLC v. Rapid7, Inc.*, No. 6:22-cv-00168-ADA (W.D. Tex.) that "the Court will not entertain any re-argument on claim terms already construed in a prior case." As a result, Splunk's May 19, 2022 Motion to Dismiss PacSec3's Third Amended Complaint for Patent Infringement is moot.

Consistent with Federal Rule of Civil Procedure 12, Splunk's responsive pleading is due within 14 days of this notice.

Dated: May 31, 2022　　　　　　　　By: */s/ William P. Ramey, III*
　　　　　　　　　　　　　　　　　　　William P. Ramey, III

　　　　　　　　　　　　　　　　　　　Ramey LLP
　　　　　　　　　　　　　　　　　　　William P. Ramey, III
　　　　　　　　　　　　　　　　　　　Texas Bar No. 24027643
　　　　　　　　　　　　　　　　　　　wramey@rameyfirm.com
　　　　　　　　　　　　　　　　　　　Kyril V. Talanov
　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24075139
　　　　　　　　　　　　　　　　　　　ktalanov@rameyfirm.com
　　　　　　　　　　　　　　　　　　　5020 Montrose Blvd., Suite 800
　　　　　　　　　　　　　　　　　　　Houston, Texas 77006
　　　　　　　　　　　　　　　　　　　(713) 426-3923 (telephone)
　　　　　　　　　　　　　　　　　　　(832) 900-4941 (fax)

　　　　　　　　　　　　　　　　　　**Attorneys for PacSec3, LLC**

2

SF-4844891

By:    */s/ Melissa R. Smith*
     Melissa R. Smith

GILLAM & SMITH, LLP
Melissa R. Smith
State Bar No. 24001351
303 South Washington Avenue
Marshall, Texas  75670
Melissa@gillamsmithlaw.com
Telephone:  903-934-8450
Facsimile:   903-934-9257

MORRISON & FOERSTER LLP
Michael A. Jacobs, Bar No. 111664
mjacobs@mofo.com
425 Market Street
San Francisco, CA  94105-2482
Telephone:   415.268.7000
Facsimile:    415.268.7522

MORRISON & FOERSTER LLP
Bita Rahebi, Bar No. 209351
brahebi@mofo.com
Alex S. Yap, Bar No. 241400
ayap@mofo.com
Rose S. Lee, *Pro Hac Vice*
roselee@mofo.com
Nima I. Kiaei, *Pro Hac Vice*
nkiaei@mofo.com
707 Wilshire Boulevard
Los Angeles, CA  90017-3543
Telephone:   213.892.5200
Facsimile:    213.892.5454

Attorneys for Defendant, SPLUNK INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on May 31, 2022.

*/s/ Melissa R. Smith*
Melissa R. Smith
